**Albert W. KRAUSE, Appellant, v. Edward J. WELCH, Superintendent, D. C. Reformatory, Appellee.**

No. 9008.

United States Court of Appeals
District of Columbia.

Argued June 12, 1945.

Decided June 29, 1945.

Mr. Albert W. Krause, appellant pro se.

Mr. John P. Burke, Assistant United States Attorney, of Washington, D. C., with whom Messrs. Edward M. Curran, United States Attorney, and Charles B. Murray, Assistant United States Attorney, both of Washington, D. C., were on the brief, for appellee.

Before MILLER, EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the order is, therefore,

Affirmed.

**Albert W. KRAUSE, Appellant, v. Howard B. GILL, Superintendent, D. C. Penal Institutions, Appellee.**

No. 8934.

United States Court of Appeals
District of Columbia

Argued June 12, 1945.

Decided June 29, 1945.

Mr. Mark Friedlander, of Washington, D. C. (appointed by this Court), for appellant.

Mr. John P. Burke, Assistant United States Attorney, of Washington, D. C., with whom Messrs. Edward M. Curran, United States Attorney, and Charles B. Murray, Assistant United States Attorney, both of Washington, D. C., were on the brief, for appellee. Mr. Ray L. Jenkins, Assistant United States Attorney, of Washington, D. C., also entered an appearance for appellee.

Before MILLER, EDGERTON, and ARNOLD, Associate Justices.

PER CURIAM.

A careful examination of the record discloses no reversible error, and the order is, therefore,

Affirmed.